SOCRATES COCKINIAS and Another, Respondents, v. THEODORE L. MATSUKES and Another, Appellants.— Motion to dismiss appeal denied, without costs, with leave to renew. It is not made clearly to appear whether or not the order of the Federal court enjoining sale of the lease stays prosecution of this appeal. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

SHIPLEY-HOLLINS Co., INC., Respondent, v. PHILIP MILLER and Another, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WILLIAM JAY SCHIEFFELIN, Respondent, v. DOMINICK HENRY and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CUBAN COMMERCIAL INDUSTRIAL COMPANY, Respondent, v. THE RICHMOND FIRE INSURANCE COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

S. SILBERSTEIN & SON, INC., Respondent, v. MORRIS WEINTRAUB and Another, Appellants. MORRIS WEINTRAUB and Another, Appellants, v. S. SILBERSTEIN & SON, INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CARMINO ADAMO, Respondent, v. UNION STEVEDORING CORPORATION, Appellant. — Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ALBERT J. SELIGSBERG and Others, Respondents, v. WILLIAM F. HENES, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

WILLIAM J. KIELY, Appellant, v. JAMES J. MAGNETTA and Others, Respondents. — Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

ANDREW KERRIGAN, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

THOMAS HANRAHAN, JR., an Infant, etc., Respondent, v. THE NEW YORK EDISON COMPANY, Appellant.—Preference granted for February 3, 1925. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

JOSE REYES PALMA, Respondent, v. DAVIES, TURNER & COMPANY and Another, Appellants.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CHRISTOFARO VOLPE, Appellant, v. UNITED MARINE CONTRACTING CORPORATION, Respondent.— Motion granted on payment of ten dollars costs to respondent and the necessary printing expenses for printing respondent's new brief rendered necessary by granting of this motion. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

IRA E. SEGUR, Appellant, v. THOMAS J. RYAN, Respondent.— Motion granted. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

CHARLES L. KAHLER, Respondent, v. PETER KAHLER, Appellant.— Motion denied. Present — Clarke, P. J., Dowling, Finch, Martin and Burr, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment